**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————————

**No. 00-6984**

—————————

UNITED STATES OF AMERICA,

                                    Plaintiff - Appellee,

        versus

JOE LEWIS BLACKWELL, JR.,

                                    Defendant - Appellant.

—————————

Appeal from the United States District Court for the Middle District of North Carolina, at Greensboro. William L. Osteen, District Judge.  (CR-96-109, CA-99-370-1)

—————————

Submitted:  September 21, 2000      Decided:  September 29, 2000

—————————

Before WILKINS, NIEMEYER, and TRAXLER, Circuit Judges.

—————————

Dismissed by unpublished per curiam opinion.

—————————

Joe Lewis Blackwell, Jr., Appellant Pro Se. Clifton Thomas Barrett, Assistant United States Attorney, Greensboro, North Carolina, for Appellee.

—————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Joe Lewis Blackwell, Jr., seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp. 2000). We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See United States v. Blackwell, Nos. CR-96-109; CA-99-370-1 (M.D.N.C. May 17, 2000).* We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

---

* Although the district court's order is marked as "filed" on May 16, 2000, the district court's records show that it was entered on the docket sheet on May 17, 2000. Pursuant to Rules 58 and 79(a) of the Federal Rules of Civil Procedure, it is the date that the order was entered on the docket sheet that we take as the effective date of the district court's decision. See Wilson v. Murray, 806 F.2d 1232, 1234-35 (4th Cir. 1986).